**UNITED STATES of America,**

v.

**Ricky Lynn SARVEY, Appellant.**

No. 02–2247.

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit LAR
34.1(a) March 14, 2003.

Decided March 19, 2003.

Before BECKER, Chief Judge,
RENDELL and AMBRO, Circuit Judges.

OPINION

AMBRO, Circuit Judge.

Ricky Lynn Sarvey conditionally pled guilty to the crime of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g), preserving his right to appeal the question whether § 922(g) "is unconstitutional on its face or as applied in this case because Congress exceeded its powers under the Commerce Clause in passing the statute." Sarvey concedes that our decision in *United States v. Singletary*, 268 F.3d 196 (3d Cir.2001), forecloses relief on his appeal and so raises this issue only to preserve it for *en banc* rehearing before this Court or for review by the Supreme Court.

Pursuant to *Singletary*, 268 F.3d 196, the District Court correctly rejected Sarvey's constitutional challenge. We therefore affirm.